# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**

**JONATHAN C. SAWYER,**

        **Defendant.**

**Case No.  CR05-5344RBL**

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

    **THIS MATTER** comes on for a disposition hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision by using heroin. The defendant appeared before the Honorable Monica J. Benton on August 18, 2005, and admitted the allegation.

    The court has considered the arguments of the U. S. Attorney, Pretrial Services and defense counsel. The request for placement in a halfway house is denied. The defendant was living in a "clean and sober" house at the time of the offense; he was not reporting to pretrial services, and was unwilling to accept halfway house placement at his hearing on August 18. This court has no confidence that the 4 days he has served in custody is sufficient to overcome the defendants need to detox and to re-enter the methadone treatment program he voluntarily withdrew from while on bond.

    **ACCORDINGLY,** it is ordered that defendants bond be revoked and that he be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

    The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to  Pretrial Services Office.

        **August 22, 2005.**

        */s/ J. Kelley Arnold*
        **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1