HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SAWYER,<br><br>Defendant. | Case No. CR05-5344RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Counsel's Motion to Withdraw and for Substitution of Counsel [Dkt. #47].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The defendant's supervised release was revoked on June 14, 2007 and he was sentenced to 30 days in custody (with credit for time served) and up to 180 days in a residential reentry center.  A new term of supervised release of 18 months was imposed.  Counsel indicates that the defendant has asked her to withdraw and to have new counsel appointed.  Because there is nothing pending before the Court  which would require the defendant to have new counsel, the motion is **DENIED.**  If the defendant violates his conditions of supervised release in the future and still seeks new counsel, Ms. Sullivan may then move to withdraw and for substitution of counsel.

**IT IS SO ORDERED**.

1       The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

2  pro se.

3       Dated this 2nd day of July, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2